222 So.2d 879

**STATE of Louisiana**

**v.**

**Johnnie Louise KEITH.**

**No. 49884.**

May 28, 1969.

In re: Johnnie Louise Keith applying for writ of certiorari (review) and for a stay order.

Writ refused. The showing made is insufficient to warrant the exercise of our supervisory jurisdiction.

■

222 So.2d 879

**William P. McALLISTER**

**v.**

**CITY OF NEW ORLEANS.**

**No. 49862.**

June 5, 1969.

In re: William P. McAllister applying for writ of habeas corpus.

The petition of the relator in the above entitled and numbered case having been duly considered,

It is ordered that a writ of certiorari issue herein, directing the Honorable Andrew G. Bucaro, Judge of the Second Municipal Court for the Parish of Orleans, to transmit to the Supreme Court of Louisiana, on or before the 13th day of October, 1969, the record in duplicate, or a certified copy of the record in duplicate, of the proceedings complained of by the relator herein, to the end that the validity of said proceedings may be ascertained.

It is further ordered that the aforesaid Judge of said Court and the respondent through its attorneys shall show cause, in this court, on the date aforesaid, at 11 o'clock A.M., why the relief prayed for in the petition of the relator should not be granted.

It is further ordered that in the meantime and until the further orders of this court all proceedings against the relator in said Second Municipal Court shall be stayed and suspended.